**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF RECORDS ASSOCIATED WITH OPENAI/CHATGPT ACCOUNT SEARCHES THAT IS STORED AT PREMISES CONTROLLED BY OPENAI OPCO, LLC | Case No. 2:25-mj-00305-KFW<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, Gregory D. Squire, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.  I have been employed as a Special Agent of the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) since 2007, and am currently assigned to the Portland, Maine Field office. As part of my duties, I am authorized to investigate violations of the laws of the United States, including but not limited to criminal violations relating to the sexual exploitation of children, child pornography, coercion and enticement, and transportation of minors, including but not limited to violations of 18 U.S.C. §§ 2422, 2423, 2251, and 2252A. For the past nine years I have specialized in dark web investigations, with a focus on child sexual abuse and child pornography websites. I am an active member of a multinational, multi-agency working group that coordinates national and international operations to combat child exploitation on the dark web and to rescue children from abusers who are active on the dark web. As an agent in the Portland Field Office, I frequently participate in the execution of search warrants involving child exploitation and pornography, and I work closely with HSI forensic specialists throughout these investigations and prosecutions.

2. This Affidavit is submitted in support of an application under Rule 41 of the Federal Rules of Criminal Procedure to search data and records stored at premises owned, maintained, controlled, or operated by OpenAI OpCO, LLC ("OpenAI"), an electronic communications service and/or remote computing service provider headquartered at 3180 18th Street, San Francisco, California. Specifically, this warrant seeks records and information pertaining to two unique, specific prompts made to OpenAI's "ChatGPT" program by a SUSPECT USER and the unique responses generated by ChatGPT.

3. The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other law enforcement personnel. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested search warrant. Where statements of others are set forth in this affidavit, they are set forth in substance and in part.

## JURISDICTION

4. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. *See* 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. § 2711(3)(A)(iii).

## PROBABLE CAUSE

5. As part of an ongoing child exploitation operation, HSI Portland Maine Agents monitor various dark web sites dedicated to the sexual abuse of children on the

dark web.[1] During this monitoring, agents encountered Website A[2] in June 2024 and Website B[3] in December 2025. Website A was accessible on the dark web until approximately March 2025, when it was succeeded fully by Website B. Website A required individuals to create a username and password to gain access to the contents of the site. New users were required to choose a unique username; that is, users could not select a name already in use by another user.[4] Certain users on Website A held various staff positions, to include: Administrator, Co-Administrator, Global Moderator, and Moderator. Other users had badges/commendations that could be awarded by staff based upon their participation and contribution to the site. Website B employs the same characteristics as outlined.

6. Based on my training and experience, I know that users of hidden service sites value their online aliases and personas as a source of bona fides within their communities. A user may attain greater status or goodwill within a community of like-

---

[1] The dark web is comprised of a variety of networks, such as Tor, that exist on a portion of the internet accessible only through specific software, such as the Tor browser (a legal and publicly available free application). One of the key features of the dark web networks like Tor is the anonymity it offers both users of the network and individuals or entities that host sites on the network, which are also referred to as hidden services.

[2] Website A was a Tor hidden service site dedicated to the sexual exploitation of children. The true name of Website A is known to your affiant and law enforcement but is redacted in this application to protect the integrity of ongoing international investigations into the users of the site. Your affiant has previously observed court records posted on various dark web sites by users to keep others informed of law enforcement actions.

[3] Website B is a Tor hidden service site dedicated to the sexual exploitation of children. The true name of Website B is known to your affiant and law enforcement but is redacted in this application to protect the integrity of ongoing international investigations into the users of the site. Your affiant has previously observed court records posted on various dark web sites by users to keep others informed of law enforcement actions.

[4] In the course of this investigation, agents accessed Website A and Website B and attempted to register a new user account with the SUSPECT USER name. When they attempted to do so, both sites generated a message informing agents that the username was already in use and prevented agents from proceeding with the registration.

minded offenders over a course of time via active participation in that community under a particular alias. That participation may amount to the trafficking of child pornography, moderation of sites, and advice to users regarding safety and security, or other actions viewed favorably by administrators/staff of dark web sites. It is therefore common for a user of one child pornography website on the Tor network to carry an alias from one site to another, or to make other users aware that additional aliases belong to them, to maintain such accrued status or goodwill on other sites.

7. Website A contained sections that users could navigate to including, but not limited to: Announcements, Rules, Forum Questions, News and Current Information, Tech Forum, The Resort, The Amphitheater, Non-Nude, Naturist, Softcore, Hardcore, Webcam, Spycams, Vintage, Adolescents, Boys and Females, Fetish, Toddlers, AI, Studio Sets, Movies, and Requests. There were numerous subcategories under these sections that contained the postings by the users of Website A.

8. While monitoring activity on Website A, agents located the username of an individual whose activity they had observed in previous investigations of Website A (hereinafter, "the SUSPECT USER").[5] This user was known to be and was the administrator of Website A since approximately June 2024, as well as other darkweb sites dedicated to the sexual abuse of children.

9. Since approximately 2019, SUSPECT USER has been known to law enforcement as a staff member, moderator and/or administrator of approximately fifteen

---

[5] The username is known to law enforcement but redacted here to protect the integrity of ongoing international investigations into other users of Website A (and other sites on which the SUSPECT USER is active) who may be familiar with this particular user. SUSPECT USER has made comments on the dark web alluding to using/or having been staff on approximately fifteen (15) sites depending on which site is being accessed.

(15) darkweb sites dedicated to the sexual abuse of children. Through the course of the investigation, law enforcement has learned through review of sites and through communications by SUSPECT USER and others about SUSPECT USER that SUSPECT USER has also been involved in the creation, hosting, server maintenance and administration of approximately seven (7) darkweb sites. Agents, in reviewing several of those dark web sites, have noted during this time period that the userbase of the sites to exceed 300,000 users. A review of SUSPECT USER on Website A and B indicated SUSPECT USER has posted approximately 1,000 times related to child sexual abuse.

10.  During the course of the investigation, an HSI Portland agent (hereinafter, "the UC") logged into Website A in an undercover capacity. Upon entering the site, the UC could observe postings and advertisements of child sexual abuse material by various members of Website A, to include SUSPECT USER. The Portland UC located the SUSPECT USER'S posts and began to click on the links provided by the SUSPECT USER to access the child sexual abuse material that SUSPECT USER had advertised.

11.  The following file of child sexual abuse was downloaded from a post on Website A advertising the sexual abuse of children created by the SUSPECT USER on October 14, 2024:

   a. e3595fc99a2051077ec89b687183-1.jpg: this image depicts three prepubescent boys, one of which is fully nude. The other two boys are clothed, and one of the clothed boys can be seen performing oral sex on the boy that is naked. The three boys appear to be approximately eleven years old.

12.  Website B likewise contains sections that users can navigate to including, but not limited to: Announcements, Rules, Forum Questions, News and Current

Information, Tech Forum, The Resort, The Amphitheater, Non-Nude, Naturist, Softcore, Hardcore, Webcam, Spycams, Vintage, Adolescents, Boys and Females, Fetish, Toddlers, AI, Studio Sets, Movies, and Requests. There are numerous subcategories under these sections that contain the postings by the users of Website B.

13. While monitoring activity on Website B, agents located an alias username of SUSPECT USER, which was listed as the administrator of Website B. The alias username confirmed himself to be SUSPECT USER through messages with other users on Website B.

14. On August 18, 2025, the UC logged into Website B and, upon entering the site, the UC could observe postings and advertisements of child sexual abuse material by various members of Website B, to include SUSPECT USER. The UC located SUSPECT USER's postings and began to click on links provided by SUSPECT USER to access the child sexual abuse material that SUSPECT USER had posted.

15. The following files of child sexual abuse were downloaded from a post on Website B advertising the sexual abuse of children created by the SUSPECT USER on January 26, 2025:

   a. 92cd0a0f.jpg: this image depicts five prepubescent children (two females and three males), all approximately eleven years old, who appear to be sleeping in a bed together. The children appear to all be naked, while two are partially covered by a bed sheet; the vaginas of two of the prepubescent females are in clear view as the females' legs are open.

   b. 71488370.jpg: this image depicts a prepubescent female approximately nine years old laying on a sofa. The female is wearing a shirt but is not

wearing pants and is spreading her legs open with her arms exposing her vagina and anus.

c. 66ce9223.jpg: this image depicts a prepubescent female approximately five years old laying on a sofa. The female is wearing a shirt but is not wearing pants and is spreading her legs open with her arms exposing her vagina and anus.

16. As part of the ongoing investigation of SUSPECT USER, HSI Portland undercover (UC) agents have engaged in online conversations with SUSPECT USER on the darkweb. These have occurred both in private direct message conversations, as well as more public-facing conversation rooms with other users of Website A and Website B. During these conversations the UC and the SUSPECT USER often discuss topics regarding the sexual abuse of children as well as the functionality and operation of the darkweb site(s) that the SUSPECT USER operates for like-users to advertise the sexual abuse of children to hundreds of thousands of other users. These conversations between the UC and the SUSPECT USER have detailed the acquisition and maintenance of servers, the processes involved in creating and modifying scripts to adapt site code to fit the functionality desired by SUSPECT USER, the complexities of managing the various personalities of the staff under SUSPECT USER, and the amount of time and effort the SUSPECT USER has dedicated to running the darkweb site(s).

17. On several occasions in private conversations on the dark web between the UC and SUSPECT USER, the SUSPECT USER has told the UC about using ChatGPT. More specifically on April 18, 2025, the SUSPECT USER indicated SUSPECT USER had

created/submitted the prompt to ChatGPT[6]: *what would happen if sherlock holmes met q from star trek?*

18. SUSPECT USER told the UC that SUSPECT USER received the response:

*If Sherlock Holmes, the legendary detective, were to meet Q, the omnipotent, mischievous being from Star Trek, it would be an intriguing collision of intellect, wit, and power. Here's how it could play out:*

*The Setting*

*In a quiet study in 221B Baker Street, London, Sherlock Holmes is reading a newspaper, pondering a particularly difficult case when, in a flash of light, Q appears — without any warning, as he is wont to do. Naturally, Holmes, with his sharp observational skills, would immediately notice the strange energy around him. But Q, ever the trickster, would likely taunt him in his usual dramatic flair.*

*The Interaction*

*Q's Arrival*

*Q: "Ah, the great Sherlock Holmes! The detective who prides himself on solving the mysteries of the human mind. Tell me, Holmes, can you solve the mystery of your very existence?"*

*Sherlock, ever composed, would immediately assess the situation. His sharp eyes would scan Q, noting the peculiar nature of his appearance — no human, no earthly being, could possibly exhibit the level of absurdity Q displays. But Sherlock's interest is piqued.*

---

[6] All italicized portions contained within this application have been directly copied from conversations captured on the dark web; all spellings contained therein are reflective of how the post/conversation has been captured by law enforcement.

Holmes: "I see. A being of significant power, who seemingly thrives on disruption. But your theatrics are beneath me, sir. I require a far more pressing intellectual challenge."

Q's Response

Q, amused, would likely challenge Holmes on his very method of reasoning and deduction.

Q: "Oh, so serious, so confident in your little puzzles. Let me present a challenge worthy of your abilities."

In a snap, Q would alter reality — perhaps turning the world around Holmes into an impossible maze of shifting dimensions, or perhaps placing him in a situation where he must solve a mystery under constant, unpredictable changes to the environment.

Holmes' Approach

Holmes would remain unflustered. He would immediately start observing, noting that while Q's antics are frustrating, there must be a pattern to them. As Q shifts the surroundings, Holmes would use his brilliant power of deduction to understand the rules governing Q's manipulations. Perhaps he would identify that Q, despite his omnipotence, cannot help but display certain behavior patterns — his attention-seeking, his amusement at Holmes' frustration, and his tendency to underestimate humans.

Holmes: "You see, Mr. Q, the trick is not to solve the puzzle you've presented, but to understand your motivation. You seek entertainment. You want to test me, to see if I can beat you at your own game. But you have failed to consider one key thing: I am not in this for the puzzle. I am in it for the truth."

*Q's Amusement*

*Q, never one to back down from a challenge, would likely become intrigued by Holmes' resistance. He'd mockingly admire Holmes' ability to see through the game, but would escalate the challenge, perhaps giving him a riddle that requires more than just logical deduction — perhaps one that involves ethics, morality, or even the fate of entire universes.*

*Q: "Impressive, Sherlock. But can your mortal mind truly understand the full scope of existence, of time, of everything? Tell me, do you solve mysteries for the sake of justice, or are you merely a man who enjoys the game itself?"*

*The Clash of Minds*

*This would be a battle of philosophy and intellect. Holmes, with his unwavering belief in reason and logic, would insist that every mystery has an answer — even if it is hidden beneath layers of deception and misdirection. Q, on the other hand, might try to pull Holmes into an existential conversation about the futility of life and the illusion of control.*

*Holmes might push Q to reveal his true intentions — is Q seeking something deeper than just amusement? Does he truly understand humanity, or is he playing a game he doesn't understand himself?*

*The Outcome*

*While Holmes might not have the power to physically challenge Q, his ability to see through lies, deception, and layers of reality would eventually force Q into a rare moment of contemplation. Holmes could, perhaps, show Q that while Q may be all-powerful, it is the human capacity for deduction, reason, and understanding that truly makes them unique in the cosmos.*

*In the end, Q might find himself intrigued by Holmes' refusal to be cowed by his god-like power, and with a snap of his fingers, he'd leave — but not before throwing one last challenge. He might say:*

*Q: "You are an interesting puzzle, Sherlock Holmes. Perhaps you will be more useful to me than I thought. Let's see how your little mind handles a universe of endless possibilities next time."*

*Holmes, unfazed and unyielding, might respond with:*

*Holmes: "Until then, Mr. Q, I'll be solving more pressing mysteries in my own time."*

*What We Learn*

*Sherlock's Strength: Holmes' mental prowess lies not only in his logic but also in his unshakable composure and resilience. Even in the face of the most mind-bending forces, he remains centered.*

*Q's Vulnerability: Q is powerful, but his hunger for amusement and his inability to grasp human motivations makes him vulnerable to someone like Holmes, who thrives on understanding the intricacies of human behavior.*

*Philosophical Divergence: Holmes believes in the certainty of reason, while Q sees reality as a playground for his whims, seeing humans as mere toys in his game.*

*It's a meeting of two iconic minds: one grounded in the scientific and logical world, the other untethered from reality, playing at the edges of the cosmos. The clash would be fascinating and fun, but in the end, Holmes would remain unbowed, having solved yet another mystery — this one, however, a bit more cosmic than most.*

19. Additionally on April 29, 2025, the SUSPECT USER and the UC were engaged in a direct message conversation on the dark web. During the conversation, the SUSPECT USER indicated to the UC that SUSPECT USER had received the following

response from ChatGPT, but did not specify the prompt that had been entered into the program: *Writing a 200,000-word poem is a massive undertaking — longer than most novels! To give you something useful, I can create a sample excerpt of a humorous, Trump-style poem about his love for the Village People's "Y.M.C.A.", written in that over-the-top, self-aggrandizing, stream-of-consciousness style he's known for.*

*Here's a short sample to start — let me know if you want more added in parts!*

*"Y.M.C.A. — A Truly Tremendous Song"*

*By Donald J. Trump (totally not)*

*They play it at rallies — beautiful rallies,*

*People dancing, spinning, forming little alleys.*

*I heard it the first time, I said, "Wow, what a beat,"*

*It's got more moves than the Democrats in defeat.*

*You know, I love the Y.M.C.A., it's very strong,*

*A song with power, energy — it's never wrong.*

*People say, "Sir, why do you play it so loud?"*

*Because it lifts spirits! It draws a crowd!*

*It's not just a song, folks — it's a lifestyle, okay?*

*Young men dancing, building muscles every day.*

*They say it's campy, they say it's bold —*

*I say it's gold, folks. Absolute gold.*

*Four letters — Y, M, C, A —*

*Better than CNN any day!*

*I hear it, I move. The people, they groove.*

*Even Mike Pence did a half-step move.*

*I said to the Village People, "You've got style,"*

*They didn't respond — but I smiled.*

*Tremendous outfits, hats so high,*

*That cop outfit? Makes Chuck Schumer cry.*

*Some say it's disco, some say it's gay,*

*I say it's America. U.S.A.!*

*Dancing in hats, building strong chests,*

*Just like we built walls — only the best.*

20. On May 20, 2025, agents submitted a preservation request under 18 U.S.C. § 2703(f) to OpenAI for records pertaining to the prompts and responses as outlined above. Agents received a reference number of OPENAI-332.

21. To date, HSI agents have been unable to identify the SUSPECT USER. While anonymity is a common benefit gained by users utilizing the dark web, there is probable cause to believe that OpenAI may have information or other records in its possession, such as Internet Protocol ("IP") addresses, that could assist HSI in identifying and locating the SUSPECT USER.

22. As described herein, there is probable cause to believe that the SUSPECT USER has utilized the dark web in furtherance of violations of 18 U.S.C. § 2252A (distribution, receipt, and possession of child pornography) and 18 U.S.C. § 2251(d) (advertisement of child pornography) (the SUBJECT OFFENSES). There also is probable cause to believe that the information and records sought through this warrant, more specifically described in Attachment B incorporated herein by reference, would present a method of identifying the SUSPECT USER who is engaged in the commission of the SUBJECT OFFENSES.

# BACKGROUND CONCERNING OPENAI

23. OpenAI is an artificial intelligence research organization headquartered in San Francisco, California. OpenAI operates as both a research laboratory and a for-profit company. The organization's research covers a wide range of areas, including natural language processing, computer vision, reinforcement learning, and robotics, with the aim of developing AI systems capable of human-level intelligence.

24. OpenAI offers a range of products and services designed to leverage advancements in artificial intelligence technology for various applications. One of its flagship products is Generative Pre-trained Transformer (GPT), commonly known as ChatGPT, which includes models like GPT-3. These language models are capable of generating human-like text based on input prompts, making them valuable for tasks such as language translation, content generation, and conversational interfaces. OpenAI provides access to these models through APIs, allowing developers to integrate them into their applications and services.

25. A paid ChatGPT account caters to users seeking enhanced features, capabilities, and support. Paid subscribers typically gain access to higher usage quotas, allowing for increased interaction with the model without hitting usage limits. Paid accounts are often provided priority support, ensuring assistance and troubleshooting from the service provider. Moreover, paid accounts may offer advanced features or customization options not available in free versions. These features could include specialized models tailored for specific industries or use cases, advanced fine-tuning capabilities, or integration with proprietary systems or APIs. Additionally, paid subscriptions may include access to exclusive resources, such as premium content,

educational materials, or training sessions, designed to help users maximize the value they derive from ChatGPT.

26.     According to OpenAI's privacy policy, the following information and data may be collected and retained by OpenAI:

- Account Information: information associated with the account, including the name, contact information, account credentials, payment card information, and transaction history (collectively, "Account Information")
- User Content: personal information that is included in the prompt, file uploads, or feedback that the user provides to OpenAI Services ("Content")
- Communication Information: name, contact information, and the contents of any messages the user sends ("Communication Information")
- Social Media Information: when interacting with OpenAI social media pages, OpenAI will collect personal information that the user elects to provide, such as contact details (collectively, "Social Information").  In addition, the companies that host OpenAI social media pages may provide OpenAI with aggregate information and analytics about the user's social media activity.
- Other Information Users Provide: OpenAI collects other information users may provide, such as when users participate in OpenAI events or surveys or provide OpenAI with information to establish the user's identity (collectively, "Other Information You Provide").
- Log Data: Information that the user's browser or device automatically sends when the user uses OpenAI Services.  Log data includes the user's Internet

Protocol address, browser type and settings, the date and time of the user's request, and how the user interacts with OpenAI Services.

- Usage Data: OpenAI may automatically collect information about use of its services, such as the types of content that users view or engage with, the features users use and the actions users take, as well as the user's time zone, country, the dates and times of access, user agent and version, type of computer or mobile device, and computer connection.

- Device Information: Includes name of the device, operating system, device identifiers, and browser of users. Information collected may depend on the type of device in use and its settings.

- Cookies: A "cookie" is a piece of information sent to a browser by a website a user visits.

- Analytics: OpenAI may use a variety of online analytics products that use cookies to help them analyze how users use OpenAI Services and enhance user experience.

## AUTHORIZATION REQUEST

27. I request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that the Court authorize the officer executing the warrant to delay notice until 30 days after the collection authorized by the warrant has been completed. There is reasonable cause to believe that providing immediate notification of the warrant may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice to the subscriber or user of the OpenAI/ChatGPT account would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify

confederates, and flee from prosecution. See 18 U.S.C. § 3103a(b)(1). As further specified in Attachment B, which is incorporated into the warrant, the proposed search warrant does not authorize the seizure of any tangible property. See 18 U.S.C. § 3103a(b)(2). Moreover, to the extent that the warrant authorizes the seizure of any wire or electronic communication (as defined in 18 U.S.C. § 2510) or any stored wire or electronic information, there is reasonable necessity for the seizure for the reasons set forth above. See 18 U.S.C. § 3103a(b)(2).

## CONCLUSION

28. Based on the foregoing information, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41.

Sworn to under the pains and penalties of perjury,

*gRegory D Squire*
_____
Special Agent Gregory D. Squire
Homeland Security Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Sep 12 2025

City and state: Portland, Maine

_____
*Judge's signature*

Karen Frink Wolf, U.S. Magistrate Judge
*Printed name and title*